# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               CRIMINAL NO. 09-mj-30144

v.

GARY LEE NELSON,

        Defendant.

_____/

## ORDER GRANTING LEAVE TO DISMISS COMPLAINT

Upon motion of the United States Attorney with notice to counsel for the defendants, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that leave to dismiss the complaint against GARY LEE NELSON, defendant herein, be and is granted; and

IT IS FURTHER ORDERED that the complaint against defendant herein, be and is dismissed without prejudice and that the appearance bond issued thereunder is canceled.

                              **HONORABLE R. STEVEN WHALEN**
                              **United States Magistrate Judge**

Entered:  4/20/09